**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HUDSON GLOBAL RESOURCES** )<br>**HOLDINGS, INC., a Delaware corporation,** )<br>**and HUDSON GLOBAL RESOURCES** )    2:07-cv-132<br>**MANAGEMENT, INC., a Pennsylvania** )<br>**corporation,** )<br>)<br>          **Plaintiffs,** )<br>   **v.** )<br>)<br>**RALPH H. HILL, JR., an individual, and** )<br>**DIAMOND TECHNICAL SERVICES,** )<br>**INC., a Pennsylvania corporation,** )<br>| |

                  **Defendants.**

## ORDER OF COURT

AND NOW, this 19th day of March, 2008, upon consideration of the uncontested

MOTION TO AMEND CAPTION filed by Plaintiffs (Document No. 72), it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED.** The caption of this action is hereby

amended to read as follows:

           SYSTEM ONE HOLDINGS, L.L.C., a Delaware
           limited  liability company,

                   Plaintiff,

        v.

           RALPH H. HILL, JR., an individual and
           DIAMOND TECHNICAL SERVICES, INC., a
           Pennsylvania corporation,

                   Defendants.

Counsel for all parties are directed to incorporate this amendment of the caption in all future pleadings, motions, discovery, and other materials relative to this action.

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc:     Eric S. Newman, Esquire
        Email: enewman@cohenlaw.com

        Robert M. Linn, Esquire
        Email: rlinn@cohenlaw.com

        Stuart H. Sostmann, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        Email: shsostmann@mdwcg.com

        Teresa O. Sirianni, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        Email: tosirianni@mdwcg.com

        Carl E. Harvison, Esquire
        Cipriani & Werner
        Email: charvison@c-wlaw.com