### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SYSTEM ONE HOLDINGS, L.L.C., a )
Delaware limited liability company, )
                         )
           Plaintiff, )
                         )
           v. )       02: 07cv0132
                         )
RALPH HILL, JR., an individual, and )
DIAMOND TECHNICAL SERVICES, INC., )
a Pennsylvania corporation, )
                         )
           Defendants. )

## ORDER OF COURT

AND NOW, this 22nd day of August, 2008, upon consideration of DEFENDANT

DIAMOND TECHNICAL SERVICES, INC.'S MOTION CHALLENGING DESIGNATION

OF CERTAIN DOCUMENTS AS "CONFIDENTIAL ATTORNEY EYES ONLY" (*Document*

*No. 113*) and the MEMORANDUM OF LAW IN OPPOSITION TO DIAMOND

TECHNICAL SERVICES, INC.'S MOTION CHALLENGING DESIGNATION OF

CERTAIN DOCUMENTS AS "CONFIDENTIAL ATTORNEY EYES ONLY" filed by

Plaintiff, System One Holdings, L.L.C. (*Document No. 115*), it is **ORDERED** that said Motion

is **DENIED** with the following caveat:

The attorney for Diamond Technical Services, Inc. may review those documents

identified and produced by Plaintiff at the August 6, 2008 oral argument (Bates HUDSON

2369-2893) with the appropriate representative of Diamond Technical Services, Inc., to whose

attention those documents would have come. However, such review can only be conducted in

the presence of the attorney for Diamond Technical Services, Inc. and no copies of those

documents can be made or provided to Diamond Technical Services, Inc.

Further, after the review of these documents by the representative of Diamond Technical Services, Inc., counsel for Diamond shall provide counsel for Plaintiff with a signed Verification executed by the Diamond representative which states the representative's name, the date of review, that the review occurred in the presence of the attorney for Diamond, and that no copies of the documents were or provided to Diamond Technical Services, Inc.

It is further **ORDERED** that, upon consent of the Plaintiff, the "Confidential - Attorneys Eyes Only" designation shall be removed from the marketing brochure produced at Bates HUDSON 2890-2893. *See* Pl's Memo. in Opp'n at 3.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge


cc:     Eric S. Newman, Esquire
        Cohen & Grigsby
        Email: enewman@cohenlaw.com

        Robert M. Linn, Esquire
        Cohen & Grigsby
        Email: rlinn@cohenlaw.com

        Stuart H. Sostmann, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        Email: shsostmann@mdwcg.com

        Teresa O. Sirianni, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        Email: tosirianni@mdwcg.com

        Carl E. Harvison, Esquire
        Cipriani & Werner
        Email: charvison@c-wlaw.com