# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYSTEM ONE HOLDINGS, L.L.C., a Delaware limited liability company, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 02: 07cv132 |
| RALPH H. HILL, JR., an individual and DIAMOND TECHNICAL SERVICES, INC., a Pennsylvania corporation, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW**, this 10th day of October, 2008, upon consideration of the MOTION TO COMPEL ANSWERS TO DISCOVERY filed by Defendant Diamond Technical Services, Inc. (*Document No. 123*), and after telephonic oral argument thereon, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion to Compel Answers to Discovery is hereby **GRANTED** and that the Plaintiff is to file specific responsive answers to interrogatories 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 20, and 21 on or before **Tuesday, October 21, 2008,** in accordance with the Court's directions at argument**.**  Any specific information, materials or documents which have not been specifically identified and provided in discovery may be inadmissible at trial.

The post discovery status conference is rescheduled to **Friday, October 24, 2008 at 2:30 p.m.**

                                                   BY THE COURT:

                                                   s/Terrence F. McVerry
                                                   United States District Court Judge

cc: Eric S. Newman, Esquire
Email: enewman@cohenlaw.com

Robert M. Linn, Esquire
Email: rlinn@cohenlaw.com

Stuart H. Sostmann, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Email: shsostmann@mdwcg.com

Teresa O. Sirianni, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
Email: tosirianni@mdwcg.com

Carl E. Harvison, Esquire
Cipriani & Werner
Email: charvison@c-wlaw.com

Alan T. Silko, Equire
Levicoff, Silko & Deemer
Email: ASilko@LSandD.net

Jamie L. Lenzi, Equire
Cipriani & Werner, P.C.
Email: jlenzi@c-wlaw.com